IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **GREAT WEST CASUALTY COMPANY,** *Plaintiff,* | § § § § | |
| v. | § § § | MO:21-CV-00207-DC |
| **DEEPWELL ENERGY SERVICES, LLC, ET AL.,** *Defendants.* | § § § § | |

## JURY VERDICT FORM

### Question No. 1

On the occasion in question, is it more likely than not that the fluids skimmed by Daniel Calvillo in their pre-skimmed state included:

"Flowback," as defined in the policy    _yes_

Produced water from hydrofracking    _yes_

Produced water from conventional drilling    _NO_

**Answer "Yes" or "No" in the space provided for each of the above.**

### Question No. 2

On the occasion in question, is it more likely than not that the fire or explosion in which Mr. Calvillo was killed arose out of, in whole or in part, storage or disposal of "flowback" or produced water from hydrofracking?

**Mark "Yes" or "No" in the space provided for each of the following:**

Yes:    _____

No:    __X__

## CERTIFICATE

Our verdict is unanimous. All of us have agreed to each and every answer. The presiding juror has signed the certificate for all of us as set forth below.

Original Signed by Presiding Juror

Original Printed Name Of Presiding Juror

Signature of Presiding Juror

Printed Name of Presiding Juror

SIGNED 12/16, 2024.